IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| David A. Blasi and Paula J. Blasi, as trustees of the Blasi Living Trust, on behalf of themselves and a class of similarly situated persons,<br><br>            Plaintiffs,<br><br>vs.<br><br>Kraken Development III LLC, and Kraken Operating LLC,<br><br>            Defendants. | **ORDER OF DISMISSAL**<br><br>Case No. 3:20-cv-92 |

Before the Court is Plaintiffs David A. Blasi and Paula J. Blasi's notice of voluntary dismissal filed on May 26, 2021. Doc. No. 28. The Plaintiffs request dismissal of the action prior to service of an answer. The Court **ADOPTS** the Plaintiffs' notice (Doc. No. 28) and **ORDERS** the action dismissed pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure without prejudice and without attorney's fees, costs, or disbursements to any party.

**IT IS SO ORDERED**.

Dated this 1st day of June, 2021.

                                                        */s/ Peter D. Welte*
                                                        Peter D. Welte, Chief Judge
                                                        United States District Court